Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James GREGORY, a/k/a Gregory James, Petitioner.**

Supreme Court of Pennsylvania.

June 3, 2009.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of June, 2009, the Petition for Allowance of Appeal is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.

**Roy H. LOMAS, Sr. d/b/a/ Roy Lomas Carpet Contractor, Respondent**

v.

**James B. KRAVITZ, Cherrydale Construction Company, Andorra Springs Development, Inc., and Kravmar, Inc., formerly known as Eastern Development Enterprises, Inc., Petitioners.**

No. 68 MM 2009.

Supreme Court of Pennsylvania.

June 3, 2009.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of June, 2009, the Application for Extraordinary Relief is **DENIED.**

**Frank J. LAIRD, Trustee Under The Trust Agreement of February 24, 1988 and Vernon C. Keesey, Jr., Individually and on behalf of a Class of the Minority Shareholders of the Clearfield & Mahoning Railroad Company, a Pennsylvania Corporation and Derivatively on behalf of the Clearfield & Mahoning Railroad Company, Petitioners**

v.

**The CLEARFIELD & MAHONING RAILWAY COMPANY, a Pennsylvania Corporation, Buffalo, Rochester & Pittsburgh Railway Company, a Pennsylvania Corporation, Buffalo & Pittsburgh Railroad, Inc., a Pennsylvania**

Corporation, CSX Transportation, Inc., a Virginia Corporation, R.J. Corman Railway Company/Pennsylvania Lines, Inc., a Pennsylvania Corporation and Richard J. Corman and Consolidated Rail Corporation and David R. Irvin, Respondents.

Supreme Court of Pennsylvania.

June 3, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of June 2009, the Petition for Allowance of Appeal is DENIED. The Application to Supplement the Petition for Allowance of Appeal and the Application to Further Supplement the Petition for Allowance of Appeal to Correct Errors of Fact in Defendants' Answer to the Petition for Allowance of appeal are also DENIED.